DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada Bar. No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *justin.pingel@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAY LaHOOD, Secretary of Transportation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVATAR TOURS, LLC, ) <br> and ) <br> SEAN DELANEY II, ) <br> and ) <br> BRENDEN DELANEY, ) <br> ) <br> Defendants. ) | Case No. 2:11-CV-01768 JCM (CWH) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Marsha Stelson Edney to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Edney is an attorney with the Department of Justice, Civil Division, Federal Programs Branch, an agency of the federal government. Ms. Edney is a member in good standing of the Bar of the District of Columbia (Bar No 414271).

The following contact information is provided to the Court:

>Marsha Stelson Edney
>U.S. Department of Justice
>Civil Division/Federal Programs
>Mail:   P.O. Box 883
>Washington, D.C.  20044
>Street: 20 Massachusetts Ave., N.W., Room 7148
>Washington, DC  20001
>Ph:     (202) 514-4520
>Fax:    (202) 616-8470
>Email: marsha.edney@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Marsha Stelson Edney to practice before this honorable Court.

DATED this 3rd day of November 2011.

>Respectfully submitted,
>
>DANIEL G. BOGDEN
>United States Attorney
>
>*/s/ Justin E. Pingel*
>JUSTIN E. PINGEL
>Assistant United States Attorney

IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: November 4, 2011