```
 1  DANIEL G. BOGDEN
    United States Attorney
 2  District of Nevada

 3  JUSTIN E. PINGEL
    Assistant United States Attorney
 4  Nevada Bar. No. 10186
    333 Las Vegas Boulevard South, Suite 5000
 5  Las Vegas, Nevada 89101
    Phone: (702)388-6336
 6  Facsimile: (702)388-6787
    Email: justin.pingel@usdoj.gov
 7
    Attorneys for the United States.
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAY LaHOOD, Secretary of Transportation, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-CV-01768 JCM (CWH) |
| AVATAR TOURS, LLC, and SEAN DELANEY II, and BRENDEN DELANEY, | ) |
| Defendants. | ) |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Marsha Stelson Edney to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Edney is an attorney with the Department of Justice, Civil Division, Federal Programs Branch, an agency of the federal government. Ms. Edney is a member in good standing of the Bar of the District of Columbia (Bar No 414271).

The following contact information is provided to the Court:

> Marsha Stelson Edney
> U.S. Department of Justice
> Civil Division/Federal Programs
> Mail:  P.O. Box 883
> Washington, D.C.  20044
> Street: 20 Massachusetts Ave., N.W., Room 7148
> Washington, DC  20001
> Ph:     (202) 514-4520
> Fax:    (202) 616-8470
> Email: marsha.edney@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Marsha Stelson Edney to practice before this honorable Court.

DATED this 3rd day of November 2011.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Justin E. Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney


IT IS SO ORDERED:

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE
DATED: November 4, 2011