# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAY LaHOOD,<br><br>        Plaintiff,<br><br>v.<br><br>AVATAR TOURS, LLC, et al.,<br><br>        Defendants. | 2:11-CV-1768 JCM (CWH) |

## ORDER

Presently before the court is plaintiff Ray LaHood's motion for preliminary injunction. (Doc. #3). Plaintiff failed to attach a certificate of service or otherwise indicate that defendants Avatar Tours, et. al. had notice of this motion. Thus, defendants did not file an opposition.

Pursuant to Federal Rule of Civil Procedure 65(a)(1), the court may issue a preliminary injunction only on notice to the adverse party. FED. R. CIV. P. 65(a)(1). Here, the record contains no indication that defendants had notice of the motion for preliminary injunction.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Ray LaHood's motion for preliminary injunction (doc. #3) be, and the same hereby is, DENIED without prejudice.

DATED December 6, 2011.

                                                                  UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**